UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

CASE NO.: 7:24-cv-09359-CS

JON Q. WRIGHT AND LARRY ZACH,

    Plaintiffs,

v.

FISHING NICE, LLC AND LELEX SHOP, LLC,

    Defendants.

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT OF DAMAGES AGAINST DEFENDANTS FISHING NICE, LLC AND LELEX SHOP, LLC

This matter came before the Court upon Plaintiffs' Motion for Entry of Default Final Judgment for Damages against Defendants FISHING NICE, LLC and LELEX SHOP, LLC.

The Court, having reviewed the pleadings, Plaintiff's Motion, the Declarations in Support, and being fully advised in the premises, and for good cause shown, hereby **GRANTS** the Motion and determines that Plaintiffs, JON Q. WRIGHT and LARRY ZACH, shall recover damages from Defendants FISHING NICE, LLC and LELEX SHOP, LLC., in the following amounts:

A. **Copyright Infringement**:

    1. For statutory damages for copyright infringement: **$180,000.00**

B. **DMCA Violations:**

    1. For statutory damages for DMCA violations: **$170,000.00**

C. **Attorney's Fees and Costs**

    1. For reasonable attorney's fees and costs: ~~$6,749.14~~ $5,869.14*

TOTAL RECOVERY FOR PLAINTIFFS: ~~$356,749.14~~ $355,869.14.

*The Court reduces Sangheon Han's hourly rate from $300 to $200. See, e.g., Harbus v. Vesa TV Inc., 2025 WL 1153818, at *16 (EDNY 4/21/25); Cawthon v. Lishuang, 2024 WL 3813879 at *12 (S.D.N.Y. 7/19/24). That brings the total fees to $4920 or total fees & costs to $5869.14.

1

## PERMANENT INJUNCTION

Defendanst Defendants FISHING NICE, LLC and LELEX SHOP, LLC., its officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any one or more of them, who receive actual notice by personal service or otherwise ARE HEREBY PERMANENTLY RESTRAINED AND ENJOINED from:

(a)    directly or indirectly infringing Plaintiffs' copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from any of Plaintiffs' copyrighted photographs or to participate or assist in any such activity; and/or

(b)    directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photographs.

The Court orders execution to issue for this judgment.

The Court denies all relief not granted in this judgment.

This is a FINAL JUDGMENT. The Clerk shall close the case.

**SO ORDERED**

THIS 11th DAY OF July, 2025

*Cathy Seibel*
HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE